AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| WAYNE D. GARRETT, JR.<br><br>*Plaintiff(s)*<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>TRANS UNION, LLC. and CITICORP CREDIT<br>SERVICES, INC. (USA)<br><br>*Defendant(s)* | Civil Action No. 3:14CV042 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
c/o DAVID N. ANTHONY, REGISTERED AGENT
TROUTMAN SANDERS, LLP
1001 HAXALL POINT
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. CLYDE MORRIS BLVD., SUITE 1-A
NEWPORT NEWS, VA 23601
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 21 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| WAYNE D. GARRETT, JR. <br><br> *Plaintiff(s)* <br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC. and CITICORP CREDIT SERVICES, INC. (USA) <br><br> *Defendant(s)* | Civil Action No. 3:14CV042 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC.
c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT
BANK OF AMERICA CENTER, 16TH FLOOR
111 EAST MAIN STREET
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. CLYDE MORRIS BLVD., SUITE 1-A
NEWPORT NEWS, VA 23601
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 2 1 2014 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| WAYNE D. GARRETT, JR. <br><br> *Plaintiff(s)* <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC. and CITICORP CREDIT SERVICES, INC. (USA) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14CV042 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITICORP CREDIT SERVICES, INC. (USA)
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
4701 COX ROAD, SUITE 301
GLEN ALLEN, VA 23060-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. CLYDE MORRIS BLVD., SUITE 1-A
NEWPORT NEWS, VA 23601
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 21 2014

*Signature of Clerk or Deputy Clerk*