**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**WAYNE D. GARRETT, JR.,**

    **Plaintiff,**

**v.**                                           Civil Action No. 3:14-cv-00042-JRS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*,

    **Defendants.**

## NOTICE OF APPEARANCE

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Timothy J. St. George, Esq. and the law firm of Troutman Sanders LLP will serve as co-counsel in this matter on behalf of Experian.

                                            **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                            By:        /s/Timothy J. St. George
                                                       Timothy J. St. George, Esq.
                                                       Virginia State Bar No. 77349
                                                       *Attorney for Experian Information Solutions, Inc.*
                                                       TROUTMAN SANDERS LLP
                                                       1001 Haxall Point
                                                       Richmond, VA 23219
                                                       Telephone: (804) 697-1254
                                                       Facsimile:  (804) 697-6013
                                                       E-mail: tim.stgeorge@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St.
Petersburg, VA  23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA  23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA  23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

Michael Robert Ward
Morris & Morris PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA  23218
Telephone: 804-344-8300
Facsimile: 804-344-8359
Email: mward@morrismorris.com
*Counsel for Trans Union, LLC*

/s/Timothy J. St. George
Timothy J. St. George, Esq.
Virginia State Bar No. 77349
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 697-6013
E-mail: tim.stgeorge@troutmansanders.com

22029474v1